CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee, Respondent, v. MAJESTIC HOTEL CORPORATION et al., Defendants; LOUIS F. SCHULTZE, as Receiver of S. W. STRAUS & Co., INCORPORATED, Appellant; and REAL ESTATE BONDHOLDERS' COMMITTEE et al., Respondents.

Argued January 17, 1939; decided February 21, 1939.

*Abraham J. Halprin* and *Nathaniel L. Goldstein* for appellant.

*John W. Kelly, Frank J. Podesta* and *Benjamin Rockmore* for plaintiff, respondent.

*Eric B. Nelson* and *Cloyd Laporte* for Real Estate Bondholders Protective Committee, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.